FARNAM COMPANIES, INC., Plaintiff–Appellee,

v.

Houston and Debra WHITE (Doing Business as Foxwise Products), Defendants–Appellants.

No. 03–1532.

United States Court of Appeals, Federal Circuit.

Oct. 2, 2003.

ORDER

Upon consideration of the appellants' unopposed motion to dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.*

(2) Each side shall bear its own costs.

---

* It is not this court's usual practice to designate a dismissal as being with or without prejudice.